IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 00899** -BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

MAY 15 2006

GREGORY C. LANGHAM
CLERK

SHANE BURDEN,

    Plaintiff,

v.

DOCTOR GARLIC, Under State Law Official Capacity,

    Defendant.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO SHOW CAUSE**

---

On May 3, 2006, Plaintiff Shane Burden submitted to the Court a *pro se* Prisoner Complaint Pursuant to 42 U.S.C. § 1983 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The Clerk of the Court will be directed to commence a civil action, and Plaintiff will be instructed to show cause why the Complaint and action should not be denied pursuant to 28 U.S.C. § 1915(g).

Mr. Burden is a prisoner. He seeks leave to proceed without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In relevant part, § 1915 provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or

> fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Mr. Burden, on three or more prior occasions, has brought an action in this Court that was dismissed on the grounds that it is frivolous. *See **Burden v. Joe Ortiz, et al.**,* No. 05-cv-02652-ZLW (D. Colo. Mar. 10, 2006) (dismissed as legally frivolous); ***Burden v. Bouchee, et al.***, No. 06-cv-00136-ZLW (D. Colo. Mar. 03, 2006) (dismissed as legally frivolous); ***Burden v. Cox***, No. 06-cv-00145 (D. Colo. Feb. 22, 2006) (dismissed as legally frivolous).

In response to the question on Page Two of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, as to whether Mr. Burden is in imminent danger of serious physical injury, Plaintiff answers that he is in imminent danger because of his legal work. Plaintiff's stated reason does not amount to a claim of imminent danger of serious physical injury.

Therefore, the Court finds that Mr. Burden has initiated three or more actions that count as strikes pursuant to 28 U.S.C. § 1915(g) and that he is not under imminent danger of serious physical injury. Pursuant to § 1915(g) he is precluded from bringing the instant action ***in forma pauperis***. Mr. Burden will be ordered to show cause why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). Accordingly, it is

ORDERED that the Clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Mr. Burden show cause in writing **within thirty days from the date of this Order** why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915 because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action in a court of the United States that was dismissed on the grounds that it is frivolous; and (2) he fails to establish that he is under imminent danger of serious physical injury. Any papers which Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Response shall be titled, "Response to Order to Show Cause," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that, if Plaintiff fails to show cause **within thirty days from the date of this Order**, the Complaint and the action will be dismissed without further notice and without prejudice.

DATED at Denver, Colorado, this 12th day of May, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 00899 - BNB

Shane Burden
Prisoner No. 62763
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5-15-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk